[No. 64408-4-I. Division One. July 11, 2011.]

FLUKE CORPORATION ET AL., *Appellants*, v. MILWAUKEE ELECTRIC TOOL CORPORATION ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-08754-9, Michael J. Trickey, J., entered October 21, 2009. *Affirmed* by unpublished opinion per Cox, J., concurred in by Schindler and Lau, JJ.

[No. 65218-4-I. Division One. July 11, 2011.]

TOLLEFSON FAMILY TRUST, *Respondent*, v. GARY COHN ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Island County, No. 08-2-00335-8, Vickie I. Churchill, J., entered March 5, 2010. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Becker and Leach, JJ.

[No. 65515-9-I. Division One. July 11, 2011.]

*In the Matter of the Marriage of* TAMARA MARIE RODDEN, *Respondent*, and JAMES FRANCIS RODDEN, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 08-3-00254-3, Charles R. Snyder, J., entered May 17, 2010. *Reversed* and *remanded with instructions* by unpublished opinion per Lau, J., concurred in by Dwyer, C.J., and Appelwick, J.

[No. 65823-9-I. Division One. July 11, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ALEXJANDRA INEZ ROCHE, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 09-1-00421-1, Ira Uhrig, J., entered July 8, 2010. *Affirmed* by unpublished per curiam opinion.